Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Bobby Lee Stanfield

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY LEE STANFIELD,<br><br>Defendant. | Case No. 2:26-cr-00187-DJC<br><br>STIPULATION AND ORDER ADVANCING PRELIMINARY HEARING DATE |

At the initial appearance this matter was set for a preliminary hearing on October 7, 2026, at 2:00 p.m. By way of stipulation, the parties agree that the matter shall be advanced to October 6, 2026, at 2:00 p.m.

IT IS SO STIPULATED.

DATED: October 2, 2026

/s/ Timothy E. Warriner, Attorney for defendant, Bobby Lee Stanfield

DATED: October 2, 2026

/s/ Charles Campbell, Assistant United States Attorney, for the government

ORDER

The court hereby advances the preliminary hearing to October 6, 2026, at 2:00 p.m..

Dated: October 2, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE