ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2917
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBBY LEE STANFIELD and RONEEL PRASAD,<br><br>Defendants. | CASE NO. 2:26-cr-00187-JAM<br><br>**STIPULATION AND ORDER SETTING STATUS CONFERENCE**<br><br>DATE: December 1, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. This case was previously assigned to U.S. District Court Judge Daniel J. Calabretta. On October 14, 2026, this Court signed a Related Cases Order which reassigned the case to U.S. District Court Judge John A. Mendez and vacated the status conference set for December 3, 2026. Dkt. No. 27.

2. By this stipulation, the parties now move to set a new status conference on **December 01, 2026, at 09:00 a.m., before Senior United States District Judge John A. Mendez**. Time has already been excluded under the Speedy Trial Act through December 3, 2026. *See* Dkt. No. 24.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

IT IS SO STIPULATED.

Dated: October 14, 2026

Eric Grant
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: October 14, 2026

/s/ Timothy Warriner
Timothy Warriner
Counsel for Defendant
BOBBY LEE STANFIELD

Dated: October 14, 2026

/s/ Clemente Jimenéz
Clemente Jimenéz
Counsel for Defendant
RONEEL PRASAD

## ORDER

**IT IS SO ORDERED**.

Dated: October 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE