CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 9586
(916) 443-8055

Attorney for RONEEL PRASAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY LEE STANFIELD and RONEEL PRASAD,<br><br>Defendants. | Case No.: 2:26-cr-00187-JAM<br><br>**<u>FIRST</u> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: December 1, 2026<br>TIME: 9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Charles Campbell, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Roneel Prasad, and attorney Timothy Warriner, Counsel for Bobby Lee Stanfield, that the status conference in this matter, currently scheduled for December 1, 2026, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on March 9, 2027, at 9:00 a.m., for further status conference. The parties in related case *US v. Marcus Gipson, et al.,* 2:26-cr-186 JAM, have a proposed stipulation before the Court requesting to continue that matter to March 9, 2027. The government's initial production of discovery consists of over 3600 pages of mixed media records. The defense will require additional time to review discovery and conduct investigation, as necessary, in order to prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from November 17, 2026, through March 9, 2027, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 17, 2026

/S/ Charles Campbell
ERIC GRANT
by CHARLES CAMPBELL
Attorney for Plaintiff

DATED: November 17, 2026

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Roneel Prasad

DATED: November 17, 2026

/S/ Timothy Warriner
TIMOTHY WARRINER
Attorney for Bobby Lee Stanfield

**ORDER**

Based on the first stipulation of the parties, the December 01, 2026 status conference in the above-entitled matter, is **CONTINUED** to **March 09, 2027, at 9:00 a.m.**, before Senior United States District Judge John A. Mendez.

The Court finds that time under the Speedy Trial Act shall be excluded from December 01, 2026, through March 09, 2027, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

The status conference in related Case Number 2:26-cr-00186-JAM, *USA v. Gipson, et al.*, is also continued to March 2027.

**IT IS SO ORDERED**.

Dated: November 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE